Cintas Corporation -v- Jonathan Allred, et al.  Doc. 11

Case 3:06-cv-00114-DCK   Document 11   Filed 03/23/2006   Page 1 of 2

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06-CV-00114

CINTAS CORPORATION, a Washington
Corporation,

      Petitioner,

vs.

JONATHAN ALLRED, MICHAEL LEE
ALLSHOUSE, CHRISTOPHER J. AMES,
SILAS RAY "BO" BOLEN JR., THOMAS
SCOTT BRANSCOME, JAMES RYAN
CRAWFORD, CHAD CREWS, JEAN
LANDE DIXON, ROY DIXON III,
KENNETH FARTHING, RICK FERRELL,
JON CURTIS FINCHAM, SARAH
HANSON, CADERIS HEATH, SIDNEY
HOWELL, JEFF C. JOHNSON, MARK H.
JOHNSON, TODD JOHNSON, THOMAS
JAP LEDBETTER SR., JOE K. MARTIN,
STEVEN MCCABE, AARON R. MCCOIN,
KEVIN NEIL MONTEITH, CARL T.
MORELL JR., CHRIS OBLINGER, CECIL
PURCELL, SCOTT ROBINETTE,
ANTONIO ROBINSON, JAMES DANIEL
RUDD, STEVEN SHEETS, BRIAN JAMES
SHELTON, MICHAEL SMITH,
CHRISTOPHER STRADER, JAMES
THERIAULT, THOMAS WEBB,
STEPHEN WEISBECKER, ROBERT
WILLIAMS, and WILLIAM YOWELL,
individuals,

      Respondents.

**ORDER GRANTING ADMISSION PRO HAC VICE**

    This matter is before the Court on the motion of James K. Dorsett, III to admit Mark C. Dosker of Squires, Sanders & Dempsey, LLP to practice before this Court in this case in association with James K. Dorsett, III on behalf of Plaintiff. After reviewing the motion and attached Certificate of Good Standing, the Court finds that the motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion for Admission Pro Hac Vice is GRANTED and Mark C. Dosker of Squires, Sanders & Dempsey, LLP is permitted to appear on behalf of Plaintiff Cintas Corporation, *pro hac vice*, in association with James K. Dorsett, III of the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.

Signed: March 23, 2006

David C. Keesler
United States Magistrate Judge