THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06-CV-00114

CINTAS CORPORATION, a Washington Corporation,

      Petitioner,

  vs.

JONATHAN ALLRED, MICHAEL LEE ALLSHOUSE, CHRISTOPHER J. AMES, SILAS RAY "BO" BOLEN JR., THOMAS SCOTT BRANSCOME, JAMES RYAN CRAWFORD, CHAD CREWS, JEAN LANDE DIXON, ROY DIXON III, KENNETH FARTHING, RICK FERRELL, JON CURTIS FINCHAM, SARAH HANSON, CADERIS HEATH, SIDNEY HOWELL, JEFF C. JOHNSON, MARK H. JOHNSON, TODD JOHNSON, THOMAS JAP LEDBETTER SR., JOE K. MARTIN, STEVEN MCCABE, AARON R. MCCOIN, KEVIN NEIL MONTEITH, CARL T. MORELL JR., CHRIS OBLINGER, CECIL PURCELL, SCOTT ROBINETTE, ANTONIO ROBINSON, JAMES DANIEL RUDD, STEVEN SHEETS, BRIAN JAMES SHELTON, MICHAEL SMITH, CHRISTOPHER STRADER, JAMES THERIAULT, THOMAS WEBB, STEPHEN WEISBECKER, ROBERT WILLIAMS, and WILLIAM YOWELL, individuals,

      Respondents.

**ORDER GRANTING ADMISSION PRO HAC VICE**

    This matter is before the Court on the motion of James K. Dorsett, III to admit Michael W. Kelly of Squires, Sanders & Dempsey, LLP to practice before this Court in this case in association with James K. Dorsett, III on behalf of Plaintiff. After reviewing the motion and

attached Certificate of Good Standing, the Court finds that the motion should be granted.

    IT IS, THEREFORE, ORDERED that the Motion for Admission Pro Hac Vice is GRANTED and Michael W. Kelly of Squires, Sanders & Dempsey, LLP is permitted to appear on behalf of Plaintiff Cintas Corporation, *pro hac vice*, in association with James K. Dorsett, III of the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.

Signed: March 23, 2006

David C. Keesler
United States Magistrate Judge